UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| D'Pergo Custom Guitars, Inc., )<br>)<br>*Plaintiff,* )<br>v. )<br>)<br>)<br>)<br>Sweetwater Sound, Inc., )<br>)<br>*Defendant.* ) | Civil Action No. 1:17-CV-000747-LM |

## NOTICE OF WITHDRAWAL OF APPEARANCES OF BRENDAN M. SHORTELL AND GARY E. LAMBERT AS ATTORNEY FOR PLAINTIFF D'PERGO CUSTOM GUITARS, INC.

Pursuant to LR 83.6(d), the undersigned attorneys, Gary E. Lambert and Brendan M. Shortell of Lambert Shortell & Connaughton, hereby notifies the Court, their client, and counsel that the firm and its associated attorneys withdraw their appearances for plaintiff D'Pergo Custom Guitars, Inc.. D'Pergo will continue to be represented by Robert Allen, Esq. and Thomas Patrick Burke, Jr., Esq. of Pierce Bainbridge, and James Steiner, Esq. of Steiner Law Office, LLC.

Date: August 13, 2020

Respectfully Submitted,
Attorneys for Plaintiff

By: /s/ Brendan M. Shortell
Brendan M. Shortell (BBO# 675851)
Gary E. Lambert
N.H. Bar No.: 16245
Lambert Shortell & Connaughton
92 State Street, Suite 200
Boston, MA 02109
Telephone: 617.720.0091
Facsimile: 617.7206307
shortell@lambertpatentlaw.com

By: /s/ Gary E. Lambert
Gary E. Lambert
N.H. Bar No.: 16245
Lambert Shortell & Connaughton
92 State Street, Suite 200
Boston, MA 02109
Telephone: 617.720.0091
Facsimile: 617.7206307
lambert@lambertpatentlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify I this day served a copy of the foregoing pleading on counsel of record by ECF notification; and on D'Pergo Custom Guitars, Inc. by email to its President, Stefan Dapergolas at stefan@dpergo.com.

                                                                          /s/ Gary E. Lambert