# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| D'Pergo Custom Guitars, Inc., | ) |
| Plaintiff, | ) Civil Action No. 1:17-CV-000747-LM |
| v. | ) |
| Sweetwater Sound, Inc., | ) |
| Defendant. | ) |

## DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO STRIKE

Defendant Sweetwater Sound, Inc. ("Sweetwater") files this objection to Plaintiff's motion to strike for the reasons set forth in the Memorandum of Law Sweetwater filed with this Objection.

Dated: September 4, 2020

Respectfully submitted,

Attorneys for Defendant,
SWEETWATER SOUND, INC.
Bernstein, Shur, Sawyer & Nelson, P.A.

*/s/ Edward J. Sackman*
Edward J. Sackman, Bar No. 19586
Richard C. Gagliuso, Bar No. 874
Matthew J. Saldaña, Bar No. 271806
670 N. Commercial Street, Suite 108
P.O. Box 1120
Manchester, New Hampshire 03105
(603) 623-8700
nsackman@bernsteinshur.com
rgagliuso@bernsteinshur.com
msaldana@bernsteinshur.com