# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| D'Pergo Custom Guitars, Inc., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 1:17-cv-00747-LM |
| Sweetwater Sound, Inc., | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL

TO THE CLERK IN THE ABOVE-MENTIONED COURT

Please enter withdrawal of Matthew J. Saldaña, as attorney for Defendant, Sweetwater Sound, Inc., in reference to the above-referenced matter.

Dated: April 6, 2021

Respectfully submitted,
Sweetwater Sound, Inc.

By their attorneys,
Bernstein, Shur, Sawyer & Nelson, P.A.

*/s/ Matthew J. Saldaña, Esq.*
Matthew J. Saldaña, Esq., N.H. Bar No. 271806
670 North Commercial Street, Suite 108
P.O. Box 1120
Manchester, NH 03105-1120
Tel: (603) 623-8700
msaldaña@bernsteinshur.com