6/29/21   Juror Question #1

Can we have a calculator

Yes. The court will provide one for you.

—Judge McCarty
6-29-21  2:14 pm

Yes. The court will provide one for you.

High. Norfolk
Central city