Juror Question #2

6/29/21  3:59PM

WE CANNOT AGREE ON AS TO WHETHER THERE IS A VALUE ON SCARCITY, AS WELL AS COMPETITIVE MULTIPLIER