6/29/21  6:27 PM  | Jury Question #3

WE have been unable to come
to a unanimous decision.