Juror Question #4

6/30/21   10:22 AM
Can we have the definition of "Scarcity"?