D'Pergo Custom Guitars, Inc. v. Sweetwater Sound, Inc., Civil No. 17-cv-747-LM

## JURY QUESTION #4

6/30/21 10:22 AM

Can we have the definition of "scarcity"?

## ANSWER TO JURY QUESTION #4

Your question asks me to define "scarcity." This is a concept that was part of the evidence in the case. As the judge, I instruct you on the law. As the jury, you are the sole and exclusive finders of the facts. In finding the facts, you must weigh this evidence and make a determination as to what the facts are and what the truth is based on the evidence presented in this case. You must decide the case by applying the law to the facts as you find them to be from the evidence. Your findings of fact must be based exclusively on the evidence. It is up to you, as the jury, to weigh the facts and evidence as you continue to deliberate.

Judge McCafferty
6-30-21 / 11:25am