Question 1 Jury Question #5

Under Infringement Profits: Causal Relationship pg. 12
could we substitute the word photograph for the word
Electronic Guitar Buying Guide because the infringed work
was co-mingled

11:54am

Jury Question #6

Question 2

Can 3 Jurors go outside to smoke a cigarette

11:55am

Jury Question #7

#3) I Relinquish my duty as forepersoon
TO