Question 8

Can we have a new original verdict form? The one we have was signed and dated yesterday

3:06 pm