Question 8

Can we have a new original verdict form? The one we have was signed and dated yesterday

3:06 pm

Yes. The court will print a new one and give it to you.

Judge McCafferty
6-30-21        3:15 pm