U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
JUN 30 2021
FILED

# ORIGINAL

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

D'Pergo Custom Guitars, Inc.

v.                                                          Civil No. 17-cv-747-LM

Sweetwater Sound, Inc.

### Verdict Form

**Question 1:** What amount of actual damages, if any, do you award the plaintiff?

_Seventy Four Thousand Three Hundred and Sixty Dollars_
(Please enter the amount in words, not numbers, as if you were writing a check.)

**Question 2:** What amount of the defendant's profits, if any, do you award the plaintiff?

_Zero_
(Please enter the amount in words, not numbers, as if you were writing a check.)

Date: June 30, 2021

                                                            Foreperson