UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

D'Pergo Custom Guitars, Inc.

    v.

                                Case No. 17-cv-747-LM

Sweetwater Sound, Inc.

## JUDGMENT

In accordance with the following, judgment is hereby entered:

1. Order by Chief Judge Landya B. McCafferty dated January 6, 2020;

2. Jury Verdict returned on June 30, 2021, in favor of the plaintiff in the amount of $74,360.00, plus post-judgment interest pursuant to 28 U.S.C. § 1961 as provided by law. The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920; and

3. Order by Chief Judge Landya B. McCafferty dated July 19, 2021.

By the Court:

_____
Daniel J. Lynch
Clerk of Court

APPROVED AS TO FORM

_____
Landya B. McCafferty
Chief Judge

Date: July 19, 2021
cc: Counsel of Record